UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DESTYN HANCOCK AND MAKAYLA JOLLY,<br><br>Plaintiffs,<br><br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | NO. 2:25-CV-00022-JHC<br><br>**STIPULATION AND ORDER DISMISSING CASE** |

Plaintiffs Destyn Hancock and Makayla Jolly and Defendant I.Q. Data International, Inc. hereby stipulate (through undersigned counsel) that this action and all claims herein shall be dismissed with prejudice and without an award of fees or costs to any party.

## **ORDER**

Based upon the parties' stipulation, this case is hereby DISMISSED WITH PREJUDICE and without costs or attorney fees to either party. IT IS SO ORDERED.

DATED this 16th day of April, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE